# Exhibit C

**FOX ROTHSCHILD LLP**
CHRISTINE F. MARKS (024631990)
JOSEPH J. DIPASQUALE (016191994)
KIERAN T. ENSOR (305662019)
49 Market Street
Morristown, New Jersey 07960-5122
Telephone:  973.992.4800
Facsimile:  973.992.9125
CMarks@FoxRothschild.com
JDipasquale@FoxRothschild.com
KEnsor@FoxRothschild.com

**LAW OFFICES OF TIMOTHY KEBBE**
TIMOTHY P. KEBBE (Pro Hac Vice Pending)
245 Saw Mill River Road, Suite 106
Hawthorne, New York 10532
Phone 914.733.7745
tkebbe@kebbelaw.com

*Attorneys for Plaintiff, Legal Bay LLC*

| | |
|---|---|
| LEGAL BAY LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>MUSTANG FUNDING, LLC, MUSTANG SPECIALTY FUNDING I, LLC, MUSTANG SPECIALTY FUNDING II, LLC, JAMES BELTZ and KEVIN CAVANAUGH,<br><br>               Defendants. | SUPERIOR COURT OF NEW JERSEY<br>ESSEX COUNTY – CHANCERY DIVISION<br><br>Civil Action<br><br>Docket No.: ESX-C-86-22<br><br>**CERTIFICATION OF DILIGENT INQUIRY AND PERSONAL SERVICE UPON DEFENDANT JAMES BELTZ** |

**KIERAN T. ENSOR, ESQ.**, of full age, hereby states as follows:

      1.    I am an attorney-at-law of the State of New Jersey and an associate with the law firm of Fox Rothschild, LLP, attorneys for Plaintiff, Legal Bay, LLC ("Legal Bay"). This certification is made based upon my personal knowledge, pursuant to Rule 4:4-4(b)(1)(A), to

effectuate service of Legal Bay's Verified Complaint and Summons on Defendant Jimmy Beltz ("Beltz").

2. From years of ongoing business relationships, Legal Bay was personally aware that Beltz did not have a personal residence in New Jersey.

3. Based upon further investigation, it was confirmed that Beltz is an individual with a residential address of 430 Peavey Road, Wayzata, Minnesota, and a work address of Suite 250, 701 Lake Street East, Wayzata, Minnesota.

4. Pursuant to Rule 4:4-4(b)(1)(A), Beltz was personally served a copy of the Summons and Verified Complaint on May 18, 2022, at 3:48 p.m. at Suite 250, 701 Lake Street East, Wayzara, Minnesota 55391. A true and correct copy of the Affidavit of Service is annexed hereto as **Exhibit A**.

I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

*/s/ Kieran T. Ensor*
KIERAN T. ENSOR

Dated: June 8, 2022

# Exhibit A

State of New Jersey                                                                                  SUPERIOR COURT

County of Essex

| Legal Bay LLC | Court File Number |
|---|---|
| Plaintiff, | ESX-C-000086-22 |
| vs. | |
| Mustang Funding, LLC, et al. | |
| Defendant, | Affidavit of Service |

State of Minnesota      )
County of Hennepin      )

Neil Hanson, being duly sworn, on oath says that on Wednesday, May 18, 2022 at 3:48 PM he served the Summons, Complaint, & Exhibits upon James Beltz, therein named, personally at Suite 250, 701 Lake Street East, Wayzata, MN 55391, by handing to and leaving with James Beltz, a true and correct copy thereof.

_____ 5/18/2022

Neil Hanson, Process Server

Subscribed and Sworn to before me on

5/18/2022

_____
(Signature of Notary)

TODD J ESSLER
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2025


*2538942 - 2*


METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: 347118.00001                                           -1-