# Exhibit D

**FOX ROTHSCHILD LLP**
CHRISTINE F. MARKS (024631990)
JOSEPH J. DIPASQUALE (016191994)
KIERAN T. ENSOR (305662019)
49 Market Street
Morristown, New Jersey 07960-5122
Telephone:   973.992.4800
Facsimile:   973.992.9125
CMarks@FoxRothschild.com
JDipasquale@FoxRothschild.com
KEnsor@FoxRothschild.com

**LAW OFFICES OF TIMOTHY KEBBE**
TIMOTHY P. KEBBE (Pro Hac Vice Pending)
245 Saw Mill River Road, Suite 106
Hawthorne, New York 10532
Phone 914.733.7745
tkebbe@kebbelaw.com

*Attorneys for Plaintiff, Legal Bay LLC*

| | |
|---|---|
| LEGAL BAY LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>MUSTANG FUNDING, LLC, MUSTANG SPECIALTY FUNDING I, LLC, MUSTANG SPECIALTY FUNDING II, LLC, JAMES BELTZ and KEVIN CAVANAUGH,<br><br>                Defendants. | SUPERIOR COURT OF NEW JERSEY<br>ESSEX COUNTY – CHANCERY DIVISION<br><br>Civil Action<br><br>Docket No.: ESX-C-86-22<br><br>**CERTIFICATION OF DILIGENT INQUIRY AND PERSONAL SERVICE UPON DEFENDANT KEVIN CAVANAUGH** |

**KIERAN T. ENSOR, ESQ.**, of full age, hereby states as follows:

      1.     I am an attorney-at-law of the State of New Jersey and an associate with the law firm of Fox Rothschild, LLP, attorneys for Plaintiff, Legal Bay, LLC ("Legal Bay"). This certification is made based upon my personal knowledge, pursuant to Rule 4:4-4(b)(1)(A), to

effectuate service of Legal Bay's Verified Complaint and Summons on Defendant Kevin Cavanaugh ("Cavanaugh").

2.  From years of ongoing business relationships, Legal Bay was personally aware that Cavanaugh did not have a personal residence in New Jersey.

3.  Based upon further investigation, it was confirmed that Cavanaugh is an individual who had a residential address of 1924 Irving Avenue South, Minneapolis, Minnesota, and has a work address of Suite 250, 701 Lake Street East, Wayzata, Minnesota.

4.  Pursuant to Rule 4:4-4(b)(1)(A), Cavanaugh was personally served a copy of the Summons and Verified Complaint on May 23, 2022, at 11:50 a.m. at Suite 250, 701 Lake Street East, Wayzara, Minnesota. A true and correct copy of the Affidavit of Service is annexed hereto as **Exhibit A**.

I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

_____
KIERAN T. ENSOR

Dated: June 8, 2022

# Exhibit A

| State of New Jersey | SUPERIOR COURT |
|---|---|
| County of Essex | |

| Legal Bay LLC | Court File Number |
|---|---|
| Plaintiff, | ESX-C-000086-22 |
| vs. | |
| Mustang Funding, LLC, et al. | |
| Defendant, | Affidavit of Service |

State of Minnesota )
County of Hennepin )

Neil Hanson, being duly sworn, on oath says that on Monday, May 23, 2022 at 11:50 AM he served the Summons, Complaint, & Exhibits upon Kevin Cavanaugh, therein named, personally at Suite 250, 701 East Lake Street, Wayzata, MN 55391, by handing to and leaving with Kevin Cavanaugh, a true and correct copy thereof.

_____  5/23/2022
Neil Hanson, Process Server

TODD J ESSLER
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2025

Subscribed and Sworn to before me on
5/23/2022

_____
(Signature of Notary)


*2538942 - 4*


METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: 347118.00001                         -1-