Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Phone: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

---------------------------------------------------------- x
: 
LEGAL BAY LLC, :
:
                      Plaintiff, : Case No. 2:22-cv-03941-ES-JBC
:
      - against - : Removed from the Superior Court
: of the State of New Jersey, Essex
MUSTANG FUNDING, LLC, MUSTANG : County – Chancery Division,
SPECIALTY FUNDING I, LLC, : Docket No. (ESX-C-000086-22)
MUSTANG SPECIALTY FUNDING II, :
LLC, JAMES BELTZ, and KEVIN : **Motion Day: August 15, 2022**
CAVANAUGH, :
:
                    Defendants. :
:
---------------------------------------------------------- x

<u>**NOTICE OF DEFENDANTS' MOTION TO DISMISS**</u>

**PLEASE TAKE NOTICE THAT** on August 15, 2022, at 9:00 a.m., pursuant to this Court's Motion Calendar, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Mustang Funding, LLC, Mustang Specialty Funding I, LLC, and Mustang Specialty Funding II, LLC, James Beltz, and Kevin Cavanaugh, shall move this Court, before the Honorable Esther Salas, United States District Judge for the District of New Jersey, at the Martin Luther King

Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, New Jersey 07101, for an Order dismissing all causes of action asserted against Defendants in Plaintiff's complaint, dated May 16, 2022, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(6), and 9(b).

**PLEASE TAKE FURTHER NOTICE THAT** in support of this motion, Defendants shall rely on the accompanying memorandum of law in support of their motion to dismiss the complaint and the declaration of Christian T. Becker with exhibits annexed thereto.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order granting Defendants' motion is enclosed herewith.

Dated:   July 22, 2022
         New York, New York

KASOWITZ BENSON TORRES LLP

By:  /s/ *Christian T. Becker*
   Christian T. Becker
   Sheron Korpus (*pro hac vice forthcoming*)
   Edward E. Filusch (*pro hac vice forthcoming*)
   David Tyler Adams (*pro hac vice forthcoming*)
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800
Email: cbecker@kasowitz.com
       skorpus@kasowitz.com
       efilusch@kasowitz.com

dadams@kasowitz.com

*Attorneys for Defendants*