# Exhibit 1

**From:** Chris Janish <chrisj@legal-bay.com>
**Sent:** Wednesday, May 18, 2022 6:55 PM
**To:** Jimmy Beltz <jimmy@mustangfunding.com>; Mustang Litigation Funding <customerservice@mustangfunding.com>
**Cc:** Peter Caravella <pcaravellamd@gmail.com>; 'Peter Caravella (caravellap@yahoo.com)' <caravellap@yahoo.com>
**Subject:** Legal-Bay Pre-Termination of LOCA

Dear Jimmy and Pete:

In accordance with paragraphs 6(b) and 7 of the Line of Credit Agreement between Legal Bay LLC ("LB"), LBV Funding LLC and Mustang Specialty Funding I, LLC, dated as of October 1, 2018 (the "Agreement"), LB notifies LBV Funding, LLC and Mustang Specialty Funding I, LLC that LB shall terminate the Agreement Sixty (60) days after the date that this notice is sent to each of you by email.

Please direct any questions or comments to LB's counsel, either Joe DiPasquale, JDiPasquale@foxrothschild.com, or Tim Kebbe, tkebbe@kebbelaw.com.

Thank you,

Chris Janish
CEO
chrisj@legal-bay.com



60 Roseland Ave., Suite 101
Caldwell, NJ 07006
Direct: 973.857.1000

**PLEASE EMAIL ME FOR BEST SERVICE!**



www.arclegalfunding.org

**CONFIDENTIALITY NOTICE**: This message is intended only for the use of the individual or entity named above, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law, including but not limited to the Electronic Communications Privacy Act, 18 USC 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately by electronic-mail reply and delete this original message. Thank you.