# Exhibit 2

**From:** Chris Janish <chrisj@legal-bay.com>
**Sent:** Thursday, January 30, 2020 11:22 AM
**To:** Jimmy Beltz <jimmy@mustangfunding.com>; Kevin Cavanaugh <kcavanaugh@corribcapital.com>
**Cc:** 'Peter Caravella (caravellap@yahoo.com)' <caravellap@yahoo.com>
**Subject:** FW: Angela Rocha - additional funding request - offer on the table

Gentlemen, The below history that is going on with Mustang/Patrick contacting our broker relationships directly is very concerning. It is not "noise" as Jimmy states. We have been more than acceptable to working with Mustang and allowing them to operate their portion of the business; however we feel that these activities are detrimental to Legal-Bay's business and relationships that it has worked hard to develop.

Since last summer Legal-Bay has tried to get an understandable agreement that protects all parties. Mustang never finalized that understanding after numerous rounds of changes with lawyers. The meeting in Vegas seemingly got us on the same page, however these recent events are clear that Mustang is operating however they wish with our relationships. We feel this goes against the credit line agreement that we signed initially and remains in full force and effect.

We never introduced Mustang to Nova Funding, however Patrick has taken it upon himself to call them, do business with them, and acquaint himself with their staff. To the point that they are calling him directly now. If Mustang is deliberately doing this to make Legal-Bay obsolete or cause a rift in the relationship, then we have not choice but to deal with this seriously.

I request an immediately call to outline some ground rules and understanding.

Chris Janish
CEO
chrisj@legal-bay.com



60 Roseland Ave., Suite 101
Caldwell, NJ 07006
Direct: 973.857.1000

**PLEASE EMAIL ME FOR BEST SERVICE!**

**CONFIDENTIALITY NOTICE**: This message is intended only for the use of the individual or entity named above, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law, including but not limited to the Electronic Communications Privacy Act, 18 USC 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately by electronic-mail reply and delete this original message. Thank you.

**From:** Chris Janish <chrisj@legal-bay.com>
**Sent:** Thursday, January 30, 2020 12:11 PM
**To:** Diana Camara <diana@novafunding.com>; UW <uw@legal-bay.com>
**Cc:** Patrick Shannon <patrick@mustangfunding.com>
**Subject:** RE: Angela Rocha - additional funding request - offer on the table

This is already approved. Our processing team did not get a request for additional funding. Please explain how this case was submitted? Thank you,



Chris Janish
CEO
chrisj@legal-bay.com

**LEGAL-BAY**
Lawsuit Funding

60 Roseland Ave., Suite 101
Caldwell, NJ 07006
Direct: 973.857.1000

**PLEASE EMAIL ME FOR BEST SERVICE!**

**CONFIDENTIALITY NOTICE**: This message is intended only for the use of the individual or entity named above, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law, including but not limited to the Electronic Communications Privacy Act, 18 USC 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately by electronic-mail reply and delete this original message. Thank you.


**From:** Diana Camara <diana@novafunding.com>
**Sent:** Thursday, January 30, 2020 11:57 AM
**To:** UW <uw@legal-bay.com>
**Subject:** Angela Rocha - additional funding request - offer on the table

Hello,

Good morning.
Angela Rocha is requesting an additional 5k.
I just spoke with the attorney, she confirmed there's a 750k on the table. She should b e emailing me soon for a written confirmation.

Please let me know if this is doable.

Kind regards,



--
Diana Camara
**Nova Legal Funding**
Direct: (213) 258-4493
Fax: (310) 870-3794

11601 Wilshire Blvd., Suite 410
Los Angeles, CA 90025
https://fundmylawsuitnow.com

Confidentiality Notice: This message, its contents and any attachment is the property of Nova Legal Funding, and its affiliates and is intended for use only by the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, reading or copying of this communication is strictly prohibited. If you have received this communication in error, please contact Nova Legal Funding immediately and destroy the material in its entirety, whether electronic or hard copy.

This information (including any attachments) contained in this e-mail is confidential, may be privileged, and is solely for the use of the person(s) to whom it is addressed. Please advise the sender if you received this e-mail in error and destroy all copies of this message. If you are not the intended recipient, you are notified any use, disclosure, copying, distribution, printing, forwarding, or taking any action in reliance on the contents of this message is strictly prohibited. Since e-mails are susceptible to interference, you should not assume the contents of this e-mail originated from the sender above or that they have been accurately reproduced in their original form. The sender accepts no responsibility for errors or omissions in this e-mail or any attachments, or the use, misuse or reliance thereon. If in doubt, you should verify the authenticity of this e-mail with the sender.