# Exhibit 3

Search Types
Help (/DOR/BusinessNameSearch/Home/Help)

# Business Name Search

Required Fields [ * ]

## Search Criteria

Business Name *

Baker Street Funding

Use "%" as a wildcard

Search →     x Cancel (/DOR/BusinessNameSearch/)

| Business Name | Entity Id | Type |
| --- | --- | --- |
| No Results Found | | |

## Division of Revenue & Enterprise Services

PO (Post Office) Box 450
Trenton, NJ (New Jersey) 08646-0303

## Support

Division of Revenue & Enterprise Services Web Site (http://www.state.nj.us/treasury/revenue/)
Search Help (/DOR/BusinessNameSearch/Home/Help)

## Polices & Procedures

Privacy Policy (https://www.njportal.com/ErrorPages/Privacy.aspx)
Accessibility Policy (https://www.njportal.com/ErrorPages/Accessibility.aspx)
Security Policy (https://www.njportal.com/ErrorPages/Security.aspx)
Legal Statements & Disclaimers (https://www.njportal.com/ErrorPages/Disclaimer.aspx)