# Exhibit 5

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

Department of State: Division of Corporations

<u>Allowable Characters</u>

HOME

| Entity Details |
|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| <u>File Number:</u> | **7421068** | <u>Incorporation Date /</u><br><u>Formation Date:</u> | **5/15/2019**<br>(mm/dd/yyyy) |
|---|---|---|---|
| <u>Entity Name:</u> | **BAKER STREET FUNDING LLC** | | |
| <u>Entity Kind:</u> | **Limited Liability Company** | <u>Entity Type:</u> | **General** |
| <u>Residency:</u> | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| Name: | **UNITED STATES CORPORATION AGENTS, INC.** | | |
|---|---|---|---|
| Address: | **221 N BROAD ST, SUITE 3A** | | |
| City: | **MIDDLETOWN** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19709** |
| Phone: | **302-777-0538** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ● Status,Tax & History Information

[Submit]

[View Search Results]     [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov