# Exhibit 6

Delaware.gov                                                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

| HOME | Entity Details |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 6569460 | Incorporation Date / Formation Date: | 10/5/2017 (mm/dd/yyyy) |

| Entity Name: | TRIBECA CAPITAL GROUP, LLC |

| Entity Kind: | Limited Liability Company | Entity Type: | General |

| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | THE COMPANY CORPORATION |
| Address: | 251 LITTLE FALLS DRIVE |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5440 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

Submit

View Search Results          New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov