# Exhibit 7

 **BAKER STREET FUNDING** (https://bakerstreetfunding.com)

ABOUT US

# Our number one goal is helping you Get Your Legal Funds Now®.



**Baker Street Funding's mission is to provide bespoke financial solutions to plaintiffs and attorneys and help them take control of their finances fast.**

At Baker Street Funding we understand litigation takes a while to settle, this is why we started the company, to bring value to a world that needs it. As one of the top legal funding companies in the market, we bring quick and efficient services to every single one of our clients no matter how small your case is. We understand your financial demands are #1 and make sure that all concerns are addressed and rectified immediately.



BAKER STREET FUNDING 

**COMMITMENT**

## Maintaining strong ethical practices

Baker Street Legal Funding is committed to maintaining strong corporate legal funding policies and practices. Baker Street Funding has set forth policies and procedures as well as a framework for establishing the highest level of business integrity and accountability for our services.



**STRATEGY**

## We are not like other legal funding companies

Headquartered in Naples, Florida, with a location in NYC, Baker Street Funding was designed to strategically connect select legal funding opportunities with our extensive network of sophisticated partners and staff. We partnered up with a high-level team of individuals combining new, passionate team members with some of the best veteran underwriters from the industry.



**DIFFERENCE**

## What set us apart from the competition

Our company resources and capital remain focused on investment capabilities with proven ability, high conviction, and edge. Our unique power in the legal finance industry, which sets us apart from the competition, is by virtue of our diversified risk profile, strategic partnerships, select investor base, and extensive education, experience, and expertise. We are dedicated to providing competitive rates and non-compounding for attorneys. We have aligned ourselves with multiple sources of capital to help provide the best financial solutions for our clients. And if we can't fund your case, we'll refer your case to another company. We remain disciplined without losing our aptitude for innovation.





BAKER STREET FUNDING Ⓑ (https://bakerstreetfunding.com)

**RESULTS**

## We employ a wide range of financial solutions

Baker Street Funding was established to create the most simple, user friendly legal funding process. We offer multiple funding structure to help create a bespoke funding agreement specific to the case and situation. We have helped thousands of Americans get their best custom legal funding solution on over $50 million in just 1 year.



**VOTED #1**

## The best is yet to come

We have been voted as the best legal funding firm by different media outlets such as Kev's Best, Tricity Daily, and Attorney at Law Magazine, amongst many others. Baker Street Legal Funding takes all customer satisfaction very seriously, and our 5-star reviews speak of what the company does and provides.

## The next evolution of legal finance.

Establishing in the finance industry requires time, new ways of thinking, and doing. As the Principal of Baker Street Funding, Daniel DiGiaimo, CEO and President, brings over 16 years of financial services to the firm. Mr. Digiaimo has been recognized for his ideas, innovation within the finance industry, and business success throughout the first decade. He started his career as part of a wealth management team at Morgan Stanley that managed over 1 billion dollars of client assets. He then moved to Merrill Lynch, where he ran his own wealth management team. Our CEO and President also acted as an advisor and director of investments to early and mid-stage companies helping them raise capital and acquire competitors while starting his company Baker Street Funding. Daniel Digiaimo, being the driving force in the development of the organization, is helping navigate the company through a prolonged period of growth, managing all critical decisions for the company's growing success. Mr. Digiaimo has been interviewed by Bloomberg, Law 360, Value Walk, among other large organizations.

Mr. Digiaimo has also appeared publicly speaking at the annual Lawyers For Civil Justice (LCJ) conference in Washington, DC. Mr. Digiaimo holds a minor in Law and a BA in Finance from PACE University. We're proud of what he has achieved so far, and there's so much more ahead.





BAKER STREET FUNDING **B** (https://bakerstreetfunding.com/)

Client satisfaction by reviews

98%

Accepted cases

95%

Funded cases

88%

# See our annual investments.

## $8.5 million

### Personal injury case funding (https://bakerstreetfunding.com/personal-injury-loans/)

We funded in 2020 alone up to $12.5 million in personal injury.

## $8 million

### Commercial litigation funding (https://bakerstreetfunding.com/litigation-financing/commercial/)

Up to $30 million in commercial litigation funding.

## $8 million

### Law firm loans

Up to $12. million in attorney fee advances.

# We know legal finance.

 **BAKER STREET FUNDING** (https://bakerstreetfunding.com)

### #1

legal funding company

### 30,000 +

clients funded

    

ratings

# We are just getting started.











# Let's do this.

BAKER STREET FUNDING  (https://bakerstreetfunding.com)

**Check out our services.**

Lawsuit loans(https://bakerstreetfunding.com/lawsuit-loans/)

Corporate litigation funding(https://bakerstreetfunding.com/litigation-financing/)

Attorney loans(https://bakerstreetfunding.com/attorneys/)

Post-settlement funding       (https://bakerstreetfunding.com/post-settlement-funding/)

Medical lien funding       (https://bakerstreetfunding.com/attorneys/medical-lien-funding/)

## More about Baker Street Funding.

How we work → (https://bakerstreetfunding.com/how-we-work/)

What we do → (https://bakerstreetfunding.com/what-we-do/)

News Room → (https://bakerstreetfunding.com/news/)

**READY TO GET FUNDED?**

**Apply here**

**BAKER STREET FUNDING**  (https://bakerstreetfunding.com)

**BAKER STREET FUNDING**

(https://bakerstreetfunding.com)

New York: 77 Water Street, 7th fl., New York, NY, 10006

Florida: 780 5th Avenue, #200, Naples, FL 34102

*** Baker Street Funding, LLC has NO affiliation with other firms or individuals who have business addresses in the same premises or building of our business addresses.*

**CONTACT US**

FAQ's (https://bakerstreetfunding.com/faqs/)

Contact Us (https://bakerstreetfunding.com/contact-us/)

**APPLICATION**

(888) 711-3599

**LEGAL**

Privacy Policy (https://bakerstreetfunding.com/privacy-and-security/)

Terms of Use (https://bakerstreetfunding.com/terms-of-use/)

Eligibility Criteria (https://bakerstreetfunding.com/eligibility-criteria/)

**COMPANY (HTTPS://BAKERSTREETFUNDING.COM/ABOUT/)**

How It Works (https://bakerstreetfunding.com/how-we-work/)

What We Do (https://bakerstreetfunding.com/what-we-do/)

Who We Are (https://bakerstreetfunding.com/about/)

Blog (https://bakerstreetfunding.com/blog/)

**LAWSUIT LOANS (HTTPS://BAKERSTREETFUNDING.COM/LAWSUIT-LOANS/)**

**FOR ATTORNEYS (HTTPS://BAKERSTREETFUNDING.COM/ATTORNEYS/)**

Class Action Lawsuit Financing (https://bakerstreetfunding.com/attorneys/class-action-lawsuit-financing/)

Post-Settlement Funding (https://bakerstreetfunding.com/attorneys/post-settlement/)

Medical Lien Funding (https://bakerstreetfunding.com/attorneys/medical-lien-funding/)

Case Cost Funding (https://bakerstreetfunding.com/attorneys/case-cost-funding/)

Plaintiff Funding (https://bakerstreetfunding.com/attorneys/plaintiff-funding/)

Law Firm Funding (https://bakerstreetfunding.com/attorneys/law-firm-funding/)

Portfolio Funding (https://bakerstreetfunding.com/attorneys/portfolio-funding/)

**CASES WE FUND (HTTPS://BAKERSTREETFUNDING.COM/CASES-WE-FUND/)**

**FUNDING STATES (HTTPS://BAKERSTREETFUNDING.COM/STATES/)**

## LEGAL NOTICE

Baker Street Funding, LLC is **not affiliated with any other company** unless expressly stated. **If someone notifies you that they are affiliated with Baker Street Funding, LLC they are committing a federal crime under the false advertising section of the Lanham Act (commonly known as Section 43(a))**. Under federal law, false suggestions of endorsement or sponsorship or misuse of the Baker Street Funding trademark are actionable under the **Lanham Act, 15 U.S.C. Â§1125(a). If** you have any questions regarding our partner firms, please email or call us immediately. **You can also report companies falsely affiliating with us** to government agencies such as the **FBI** as well as the **Consumer Financial Protection Borough.**

Baker Street Funding is a *Premier Legal Funding Firm* designed to strategically connect select financing opportunities with our extensive network of sophisticated partners and staff. Terms and Conditions Apply. WE RESERVE THE RIGHT TO MODIFY OR DISCONTINUE PRODUCTS AT ANY TIME WITHOUT NOTICE. To qualify for legal financing, a consumer must be (1) an attorney, or (2) you must be a corporate plaintiff looking for a minimum of $750,000 in litigation funding or a minimum of $50,000 in post-settlement funding, or (3) you must be a personal injury, civil rights or employment/labor law plaintiff with a retained lawyer on contingency, you must be at least 18 years of age, you must have a strong liability claim against a properly insured defendant, you must reside in an eligible state, and meet our underwriting requirements. Contact us to discuss your options. Not all borrowers receive the lowest rate. To qualify for the lowest rate, your attorney must contact Baker Street Funding and meet other conditions. If approved, your actual rate will be listed in your contract. Historical returns do not guarantee future results.

This website is designed and owned by Baker Street Funding, LLC; any unauthorized use or copies of this material will be punishable by law.

Financing to plaintiffs involved in personal injury, employment/labor, and civil rights cases are provided in the following states:

Arizona (https://bakerstreetfunding.com/states/arizona/), Alabama (https://bakerstreetfunding.com/states/alabama/), Alaska, (https://bakerstreetfunding.com/states/alaska/)California, (https://bakerstreetfunding.com/states/california/)Connecticut, (https://bakerstreetfunding.com/states/connecticut/)Delaware, (https://bakerstreetfunding.com/states/delaware/)Florida, (https://bakerstreetfunding.com/states/florida/)Georgia, (https://bakerstreetfunding.com/states/georgia/)Hawaii, (https://bakerstreetfunding.com/states/hawaii/)Idaho, (https://bakerstreetfunding.com/states/idaho/)Illinois (https://bakerstreetfunding.com/states/illinois/), Indiana, (https://bakerstreetfunding.com/states/indiana/)Iowa, (https://bakerstreetfunding.com/states/iowa/)Louisiana, (https://bakerstreetfunding.com/states/louisiana/)Maine, (https://bakerstreetfunding.com/states/maine/)Massachusetts, (https://bakerstreetfunding.com/states/massachusetts/)Michigan, (https://bakerstreetfunding.com/states/michigan/)Mississippi, (https://bakerstreetfunding.com/states/mississippi/)Missouri, (https://bakerstreetfunding.com/states/missouri/)Minnesota, (https://bakerstreetfunding.com/states/minnesota/)Montana, (https://bakerstreetfunding.com/states/montana/)Nebraska, (https://bakerstreetfunding.com/states/nebraska/)New Hampshire, (https://bakerstreetfunding.com/states/new-hampshire/) Nevada (https://bakerstreetfunding.com/states/nevada/), New York, (https://bakerstreetfunding.com/states/new-york/)New Jersey, (https://bakerstreetfunding.com/states/new-jersey/)North Carolina, (https://bakerstreetfunding.com/states/north-carolina/)North Dakota, (https://bakerstreetfunding.com/states/north-dakota/) Ohio (https://bakerstreetfunding.com/states/in-ohio/), Oklahoma (https://bakerstreetfunding.com/states/oklahoma/), Oregon, (https://bakerstreetfunding.com/states/oregon/)Pennsylvania, (https://bakerstreetfunding.com/states/pennsylvania/)Rhode Island, (https://bakerstreetfunding.com/states/rhode-island/) South Carolina, (https://bakerstreetfunding.com/states/south-carolina/)South Dakota, (https://bakerstreetfunding.com/states/south-dakota/) Tennessee (https://bakerstreetfunding.com/states/tennessee/), Texas, (https://bakerstreetfunding.com/states/texas/)Utah, (https://bakerstreetfunding.com/states/utah/)Virginia, (https://bakerstreetfunding.com/states/virginia/)Washington, (https://bakerstreetfunding.com/states/washington/)Wisconsin, (https://bakerstreetfunding.com/states/wisconsin/)Wyoming, (https://bakerstreetfunding.com/states/wyoming/)

- *We currently fund Colorado at a minimum of $75,000. Case value must be at least $750,000+.*
- *We currently fund North Carolina at a minimum of $25,000. Case value must be at least $250,000+.*
- *We currently fund South Carolina at a minimum of $100,000. Case value must be at least $1,000,000+.*
- *We currently fund in Nevada at a minimum of $20,000. Case value must be at least $200,000+.*
- *We currently fund in Illinois at a maximum of $40,000. Case value must be at least $400,000+.*
- *We currently fund in Tennessee at a minimum of $10,000. Case value must be at least $100,000+.*
- *We currently fund in Arizona at a minimum of $20,000. Case value must be at least $200,000+.*

Lawsuit finance for business claims (https://bakerstreetfunding.com/litigation-financing/commercial/) is provided in every state (and eligible countries). Attorney funding (https://bakerstreetfunding.com/attorneys/) is provided in most states. Please contact us to find out if your state is eligible for law firm financing (https://bakerstreetfunding.com/attorneys/).

**Worker's compensation loans (https://bakerstreetfunding.com/labor-employment-law-lawsuit-loans/workers-compensation-loans/) are funded only in the following states and are subject to change at any time: Alaska, Connecticut, Florida, Iowa, Louisiana, Montana, Rhode Island, Washington, and Wyoming.

***This website and advertising are provided by Baker Street Funding, LLC to the extent that there is advertising related to Baker Street Funding, LLC. Transactions facilitated by us are not to be considered loans. These transactions are non-recourse financing agreements, which means that we are making an equity investment into your litigation. If you lose your case, you are under no legal obligation to repay your legal advance. Any word related to a loan(s), lending, lender(s), borrow(er), and cash advance(s) may be used to refer to legal finance. The words and any of their forms: loan(s), lender(s), lending, borrow, and cash advance(s) are strictly used for marketing purposes and easier comprehension for prospective clients. Our client relationships are paramount to us, and we take the client's education process very seriously.

All information provided on this site is for educational purposes only and should not be taken as investment, legal, tax, or financial advice. We do not provide investment, legal, tax or financial advice and prior to making any financial decision, please consult a financial advisor, an attorney, or tax professional.

All funding is subject to approval. Additional restrictions may apply. Call for details at 888-711-3599.

*Lawsuit Funding, Settlement Financing, and Litigation Loans.*
© 2021 Baker Street Funding, LLC. All Rights Reserved.

Apply here

(tel:8887113599)

**BAKER STREET FUNDING**  (https://bakerstreetfunding.com)