# Exhibit 8



📱 **CALL US NOW: 866-388-2288** (tel:866-388-2288)

# About

At Tribeca Lawsuit Loans (https://tribecalawsuitloans.com/), we have experience helping clients get the money they need while they wait for their pending lawsuit to settle or resolve in court. Our company provides lawsuit loans, also known as legal funding or pre-settlement funding. This is a form of lawsuit cash advance that gives plaintiffs a portion of their eventual compensation package to spend on current expenses.

Headquartered in Los Angeles, California, our team is spread across the United States and offers settlement loans (https://tribecalawsuitloans.com/) to plaintiffs nationwide. Whether you are located in Eastern, Western, Central, or Southern states, we can help you get your money as quickly as possible.

We have provided legal funding to people in the midst of the slow-moving legal process, and we're ready to help you, too! Don't just take our word for it. Our team has a 4.5/5 star rating on Trustpilot—a testament to our commitment to client satisfaction.

Questions or concerns? Contact us (https://tribecalawsuitloans.com/contact/) to learn more about the pre-settlement legal funding system, how it works, and how it can help you.





APPLY NOW

# Contact TRIBECA

Fill out the form below for a free consultation and quote. Get cash within 24 hours of approval.

**CALL US NOW: 866-388-2288** (tel:866-388-2288)

**CAPTCHA**

[ ] I'm not a robot

reCAPTCHA
Privacy - Terms

## Still Have Questions?

Call us toll-free at 866-388-2288 (tel:+866-388-2288) to speak with a friendly funding specialists today.

GET FUNDS TODAY 



APPLY NOW 

## CALL US NOW: **866-388-2288** (tel:866-388-2288)

(/)

The idea behind Tribeca Lawsuit Loans (/) is that lawsuits can take time and patience. But not all plaintiffs can afford to wait around for the time it might take to win your case, then the appeal, and finally settle the case and get paid.

(https://www.linkedin.com/company/tribeca-lawsuit-loans/)
(https://www.facebook.com/tribecaCapital)
(https://twitter.com/TribecaCap)

## Contact

Tribeca Capital Group, LLC
450 Bloomfield Ave
Verona, NJ US 07044

325 N. Paul St Suite 3100
Dallas, Texas 75201

3415 S. Sepulveda Boulevard, 11th Floor
Los Angeles, California 90034

1400 Broadfield Blvd Suite 200
Houston, Texas 77084

77 Water Street 8th FL
New York, NY 10005

Call Us
866-388-2288 (tel:866-388-2288)
Email Us
info@tribecacapllc.com

## Useful Links

FAQ (/faq)

Blog (https://tribecalawsuitloans.com/blog/)

How It Works (https://tribecalawsuitloans.com/how-it-works/)

Legal Funding (https://tribecalawsuitloans.com/legal-funding/)

Pre-Settlement Funding (https://tribecalawsuitloans.com/pre-settlement-funding/)

Tribeca in the News (/news)

Terms and Conditions (https://tribecalawsuitloans.com/terms-and-conditions/)

Privacy Policy

**TRIBECA** (/)

(mailto:info@tribecacapllc.com)

APPLY NOW

(https://tribecalawsuitloans.com/privacy-policy/)

Sitemap (https://tribecalawsuitloans.com/sitemap/)

Proud Member of

CALL US NOW: **866-388-2288** (tel:866-388-2288)

(http://arclegalfunding.org/)

(https://www.caala.org/)

## Cases we fund (https://tribecalawsuitloans.com/cases-we-fund/)

Commercial Litigation (https://tribecalawsuitloans.com/cases-we-fund/commercial-litigation/)

Car Accidents (https://tribecalawsuitloans.com/cases-we-fund/motor-vehicle-accident-loans/)

Personal Injury (https://tribecalawsuitloans.com/cases-we-fund/personal-injury-loans/)

Mass Tort (https://tribecalawsuitloans.com/cases-we-fund/mass-tort/)

**TRIBECA**

APPLY NOW

CALL US NOW: **866-388-2288** (tel:866-388-2288)

PG&E Wildfires (https://tribecalawsuitloans.com/cases-we-fund/california-wildfire-pge-wildfire-lawsuit-loans/)

Wrongful Conviction (https://tribecalawsuitloans.com/cases-we-fund/wrongful-convictions/)

Sexual Abuse (https://tribecalawsuitloans.com/cases-we-fund/sexual-abuse-lawsuit-loans/)

Workers' Compensation (https://tribecalawsuitloans.com/cases-we-fund/workers-compensation/)

Tribeca Lawsuit Loans (/)

© Copyright 2022