**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

-----------------------------------------------------x
                                         :

LEGAL BAY LLC,                      :

                                 :

                      Plaintiff,   :  Case No. 2:22-cv-03941-ES-JBC

                                 :

          - against -      :  Removed from the Superior Court

                                 :  of the State of New Jersey, Essex

MUSTANG FUNDING, LLC, MUSTANG :  County – Chancery Division,

SPECIALTY FUNDING I, LLC,     :  Docket No. (ESX-C-000086-22)

MUSTANG SPECIALTY FUNDING II,  :

LLC, JAMES BELTZ, and KEVIN    :  **[PROPOSED] ORDER**

CAVANAUGH,                 :

                                 :

                  Defendants.   :

-----------------------------------------------------x

**ESTER SALAS, U.S.D.J.**

     For the reasons set forth in the accompanying Opinion, and for good cause

shown, IT IS on this __ day of _____, 2022,

     **ORDERED** that Defendants' Motion to Dismiss the Complaint is

**GRANTED**; and

     **IT IS FURTHER ORDERED** that all of Plaintiff's claims are dismissed

with prejudice.


DATED: _____

                               _____

                                HON. ESTER SALAS, U.S.D.J.