Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Phone: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------x

LEGAL BAY LLC,

                Plaintiff,

- against -

MUSTANG FUNDING, LLC, MUSTANG SPECIALTY FUNDING I, LLC, MUSTANG SPECIALTY FUNDING II, LLC, JAMES BELTZ, and KEVIN CAVANAUGH,

                Defendants.

---------------------------------------------------------x

Case No. 2:22-cv-03941-ES-JBC

Removed from the Superior Court of the State of New Jersey, Essex County – Chancery Division, Docket No. (ESX-C-000086-22)

## CERTIFICATE OF SERVICE

I, Christian T. Becker, hereby certify that, on July 22, 2022, I caused a true and correct copy of Defendants' Motion to Dismiss the Complaint, comprising a notice of motion, a memorandum of law, the Declaration of Christian T. Becker and accompanying exhibits, to be served upon all parties to this action, via the Court's ECF system.

Dated: July 22, 2022
New York, New York

KASOWITZ BENSON TORRES LLP

By: */s/ Christian T. Becker*
　　Christian T. Becker

*Attorney for Defendants*