

49 Market Street
Morristown, NJ 07960-5122
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

KIERAN ENSOR
Direct No: 973.548.3378
Email: KEnsor@FoxRothschild.com

January 20, 2023

**VIA ECF**

The Honorable Esther Salas, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey

**Re:   Legal Bay LLC v. Mustang Funding, LLC, et al.**
         **Civ. A. No. 22-3941 (ES) (JBC)**

Dear Judge Salas:

This firm represents Plaintiff, Legal Bay, LLC ("Legal Bay") in the above-captioned matter. We write on behalf of the parties to notify the Court that the parties have reached a settlement to resolve this matter.

Accordingly, the parties respectfully request that the Court enter a 60-day order and administratively terminate this matter and all pending motions pursuant to L. Civ. R. 41.1(b).

Respectfully submitted,

*Kieran T. Ensor*

Kieran T. Ensor

cc: All Counsel of Record (*via* ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington
141994516.1