| | |
|---|---|
| LEGAL BAY LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>MUSTANG FUNDING, LLC, MUSTANG SPECIALTY FUNDING I, LLC, MUSTANG SPECIALTY FUNDING II, LLC, JAMES BELTZ and KEVIN CAVANAUGH,<br><br>  Defendants. | Civ. A. No. 22-3941(ES)(JBC)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the above-captioned action is dismissed with prejudice and without costs to any party unless an Event of Default occurs as defined in the terms of a Settlement Agreement and Release ("Agreement") between the parties dated January 20, 2023 and incorporated by reference into this stipulation. The parties agree, and the Court confirms, that the United States District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes arising under the Agreement, specifically any arising under Section 2(e)(i)(2) of the Agreement.

**FOX ROTHSCHILD LLP**
*Attorneys for plaintiff*

By:  /s/ Kieran T. Ensor
    Jordan B. Kaplan, Esq.
    Kieran T. Ensor, Esq.
    FOX ROTHSCHILD LLP
    49 Market Street
    Morristown, New Jersey 07960
    (973) 992-4800
    jbkaplan@foxrothschild.com
    kensor@foxrothschild.com

**KASOWITZ BENSON TORRES LLP**
*Attorneys for defendants*

By:  /s/ Edward E. Filusch
    Edward E. Filusch, Esq.
    1633 Broadway
    New York, New York 10019
    Tel.: (212) 506-1700
    Fax: (212) 506-1800
    efilusch@kasowitz.com

So Ordered: _____
                          Hon. Esther Salas, U.S.D.J.

Dated:

1